JONI J. JONES (7562)
KYLE J. KAISER (13924)
Assistant Utah Attorneys General
PARKER DOUGLAS (8924)
Chief of Staff and General Counsel
OFFICE OF THE UTAH ATTORNEY GENERAL
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: jonijones@utah.gov
        pdouglas@utah.gov
        kkaiser@utah.gov

*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JONELL EVANS, STACIA IRELAND, MARINA GOMBERG, ELLENOR HEYBORNE, MATTHEW BARRAZA, TONY MILNER, DONALD JOHNSON, and CARL FRITZ SHULTZ,<br><br>Plaintiffs,<br>v.<br><br>STATE OF UTAH, GOVERNOR GARY HERBERT, in his official capacity; and ATTORNEY GENERAL SEAN REYES, in his official capacity,<br><br>Defendants. | **RESPONSE TO PLAINTIFFS' MOTION FOR EXPEDITED HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br><br><br><br>Case No. 2:14-cv-00055-DAK<br><br>Judge Dale A. Kimball |

Defendants the State of Utah, Governor Gary Herbert, and Attorney General Sean Reyes, by and through counsel Parker Douglas, Chief of Staff and General Counsel, and Joni J. Jones, and Kyle J. Kaiser, Assistant Utah Attorneys General, provide the following Response to Plaintiffs' Motion for Expedited hearing on Plaintiffs' Motion for Preliminary Injunction (doc. 9.)

Plaintiffs seek a hearing on their Motion for Preliminary Injunction (doc. 8) "on the earliest date possible." (*Id.* at 2.)  While Defendants agree the motion should be heard as soon as practicable, Plaintiffs' motion raises a number of complex and novel legal issues and the submission of new factual assertions.  To adequately respond to Plaintiffs' motion Defendants request they be given the full fourteen days allowed by DUCivR 7-1(b)(3)(B) to prepare a response, and that no hearing be set until a date after the time allowed for briefing under DUCivR 7-1(b)(3).

Accordingly, Defendants do not object to an expedited hearing, so long as there is not an expedited briefing schedule.

DATED this 5th day of February, 2014.

OFFICE OF THE UTAH ATTORNEY GENERAL

    /s/ Kyle J. Kaiser
PARKER DOUGLAS
Chief of Staff and General Counsel
JONI J. JONES
KYLE J. KAISER
Assistant Utah Attorneys General
Attorneys for Defendants
