Erik Strindberg (Bar No. 4154)
Lauren I. Scholnick (Bar No. 7776)
Kathryn Harstad (Bar No. 11012)
STRINDBERG & SCHOLNICK, LLC
675 East 2100 South, Ste. 350
Salt Lake City, UT 84106
Telephone: (801) 359-4169
Facsimile: (801) 359-4313
erik@utahjobjustice.com
lauren@utahjobjustice.com
kass@utahjobjustice.com

John Mejia (Bar No. 13965)
Leah Farrell (Bar No. 13696)
AMERICAN CIVIL LIBERTIES UNION OF
UTAH FOUNDATION, INC.
355 N. 300 W.
Salt Lake City, Utah 84103
Telephone: 801.521.9862
Facsimile: 801.532.2850
aclu@acluutah.org

Joshua A. Block*
ACLU LGBT Project
125 Broad Street, Floor 18
New York, New York, 10004
Telephone: (212) 549-2593
Facsimile: (212) 549-2650
jblock@aclu.org
*Admitted *pro hac vice*

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| JONELL EVANS, et al.<br><br>    Plaintiffs<br><br>v.<br><br>STATE OF UTAH, et al.,<br><br>    Defendants. | **OBJECTION TO DEFENDANTS' PROPOSED ORDER ON THE PARTIES' MOTIONS TO CERTIFY QUESTIONS**<br><br><br>Case No. 2:14-cv-55 DAK |

Pursuant to DUCivR 54-1(b), Plaintiffs object to the Defendants' Proposed Order,

filed as an attachment to Defendants' reply brief in support of their motion to certify

questions to the Utah Supreme Court, filed on April 25, 2014 (the "Proposed Order") for the following reasons:

1. Defendants did not serve the Proposed Order on Plaintiffs for their approval before filing it with the Court.

2. Defendants filed the Proposed Order with their reply, rather than with their opening brief, further denying Plaintiffs an opportunity to respond.

3. Defendants' Proposed Order proposes to dispose of Plaintiffs' motion to certify questions, which is not the subject of the Defendants' motion to certify questions. As such, Defendants' Proposed Order is disguised additional argument on the merits of Plaintiffs' motion to certify in contravention of briefing limitations.

DATED this 30th day of April, 2014.

/s/     John Mejia___

John Mejia
ACLU of Utah
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served upon the following via the CM/ECF electronic delivery system.

JONI J. JONES
KYLE K. KAISER
Office of the Utah Attorney General
160 East 300 South
Salt Lake City, UT 84114
jonijones@utah.gov
kkaiser@utah.gov

/s/ John Mejia